# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

Jeffrey Scott Breedlove,

          Defendant.

Case No. 16cr1812-CAB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- ☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- ☐ the Court has dismissed the case for unnecessary delay; or
- ☒ the Court has granted the motion of the Government for dismissal, with prejudice; or
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal; or
- ☐ a jury has been waived, and the Court has found the defendant not guilty; or
- ☐ the jury has returned its verdict, finding the defendant not guilty;
- ☒ of the offense(s) as charged in the Indictment/Information:

    8:1324(a)(2)(B)(iii) - Bringing in Unlawful Alien(s) Without Presentation

Dated: 9/28/2017

FILED
SEP 2 8 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

Hon. William V. Gallo
United States District Judge